**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 1, 2008**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

LOUIS DEAN COSCO,

      Plaintiff-Appellant,

v.

SCOTT ABBOTT, in his individual
and official capacity as Warden,
Wyoming State Penitentiary; JUDITH
UPHOFF, in her individual and
official capacity as Director of the
Wyoming Department of Corrections;
JERRY STEELE, WILLIAM
HETTGAR, in their individual and
official capacities as Associate
Wardens, Wyoming State Penitentiary;
ROBERT E. ORTEGA, in his
individual and official capacity as
Interim Director, Wyoming
Department of Corrections; PATRICK
M. ANDERSON, in his individual and
official capacity as assistant/staff,
Wyoming Department of Corrections;
DR. JOHN COYLE, in his individual
and official capacity as primary
physician at Wyoming State
Penitentiary,

      Defendants-Appellees.

No. 07-8035
(D.C. No. 04-CV-346-WFD)
(D. Wyo.)

---

**ORDER AND JUDGMENT**[*]

---

[*]    After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist the determination of
this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is

(continued...)

Before **KELLY**, **McKAY**, and **ANDERSON**, Circuit Judges.

Louis Dean Cosco, proceeding pro se, appeals the district court's grant of summary judgment to defendants in this 42 U.S.C. § 1983 proceeding. We have jurisdiction under 28 U.S.C. § 1291.

Mr. Cosco brought a claim of deliberate indifference to his serious medical needs in violation of the Eighth Amendment and three claims alleging impairment of his right to access the courts and/or retaliation in violation of the First and Fourteenth Amendments. In a comprehensive order, the district court granted summary judgment on all of Mr. Cosco's claims. Having reviewed the district court's decision de novo, viewing the evidence in the light most favorable to Mr. Cosco, *see Hayes v. Marriott*, 70 F.3d 1144, 1146 (10th Cir. 1995), we affirm for substantially the reasons stated in the district court's March 29, 2007, Order Granting Defendants' Motions for Summary Judgment.

*(...continued)
therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Mr. Cosco's "Letter or Motion," which the court has construed as a motion for leave to file an amended or supplemental opening brief, is DENIED. The judgment of the district court is AFFIRMED.

Entered for the Court


Paul J. Kelly, Jr.
Circuit Judge